RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
jinsley-micheri@dennettwinspear.com
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
**Attorneys for State Farm Mutual
Automobile Insurance Company**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT FOR THE DISTRICT OF NEVADA

DRAGAN VOJINOVIC,

                        Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY; and DOES I - V,
and ROES VI- X, inclusive,

                        Defendant.

Case No: 2:13-cv-02232-APG-NJK

**STIPULATION AND ORDER REGARDING MOTIONS IN LIMINE FILED BY PLAINTIFF
AGREEMENTS REGARDING PLAINTIFF'S NO. 6 (DOC #25)**

IT IS HEREBY STIPULATED by and between JESSIE SBAIH, ESQ., of JESSIE SBAIH & ASSOCIATES, attorneys for Plaintiff, and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, that counsel conferred in compliance with this Court's Order (Doc #34) and agree that with regard to Plaintiff's Motion in Limine No. 6 (within Plaintiff's Omnibus Motion in Limine (DOC #25)): Defense counsel shall refrain to making the following statements as enumerated in the subject motion and excluded by <u>Lioce v. Cohen</u>, 124 Nev. 1, 174 P.3d 970 (2008): (1) Stating that "at some point we must say, enough is enough;" (2) Stating that "people must stop wasting taxpayer money and jurors' valuable time on cases like this;" (3) Stating that a case was frivolous and was responsible for the decline of the legal profession's reputation; (4) "This is a case where the plaintiffs are trying to get something for nothing;" (5)"It's cases like this

that make people skeptical and distrustful of lawyers;" (6) "The only way that people and their chiropractors will stop bringing these cases is if juries start saying no, enough is enough." (7) ". . .when a jury speaks through its verdict, it's a reflection of society's values and beliefs and what justice is or should be;" (8) Stating a personal opinion as to the justness of a cause; (9) Violating the "golden rule" by inviting jurors to consider a hypothetical situation involving the jurors' children; and (10) Stating it was his personal crusade to defend his clients because of the sheer frivolity of the cases. Id. Defense counsel objects to the remainder of Plaintiff's Motion in Limine No. 6.

DATED this _24th__ day of November, 2015.

| JESSE SBAIH & ASSOCIATES | DENNETT WINSPEAR, LLP |
|---|---|
| By:____/s/ Jesse M. Sbaih_____<br>JESSE M. SBAIH, ESQ.<br>Nevada Bar No. 7898<br>INES OLEVIC-SALEH, ESQ.<br>Nevada Bar No . 11431<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway, Suite 280<br>Henderson, Nevada  89012<br>Telephone:  (702) 896-2529<br>Facsimile:    (702) 896-0529<br>*Attorneys for Plaintiff,*<br>*Dragan Vojinovic* | By:_____/s/ Ryan L. Dennett_____<br>RYAN L. DENNETT, ESQ.<br>Nevada Bar No. 005617<br>JENNIFER INSLEY MICHERI, ESQ.<br>Nevada Bar No. 010089<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, Nevada  89129<br>Telephone: (702) 839-1100<br>Facsimile:   (702) 839-1113<br>*Attorneys for Defendant, State Farm*<br>*Mutual Automobile Insurance Company* |

### ORDER

IT IS SO ORDERED:

DATED: 11/25/15

_____
UNITED STATES DISTRICT JUDGE

2