RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
jinsley-micheri@dennettwinspear.com
rdennett@dennettwinspear.com
DENNETT WINSPEAR, LLP
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
*Attorneys for State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DRAGAN VOJINOVIC,

                Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I - V, and ROES VI- X, inclusive,

                Defendant.

Case No: 2:13-cv-02232-APG-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between JESSE SBAIH, ESQ., of JESSE SBAIH & ASSOCIATES, attorneys for Plaintiff, and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED: 12/15/15

JESSE SBAIH & ASSOCIATES

By: _____
JESSE M. SBAIH, ESQ.
Nevada Bar No. 7898
INES OLEVIC-SALEH, ESQ.
Nevada Bar No . 11431
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
*Attorneys for Plaintiff*

DATED: 12-16-15

DENNETT WINSPEAR, LLP

By: _____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
*Attorneys for Defendant*

## ORDER

Upon stipulation of counsel and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the within matter be, and is hereby dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

_____
Andrew P. Gordon, U.S. District Court Judge
Dated: December 17, 2015

SUBMITTED BY:

DENNETT WINSPEAR, LLP

By_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:  (702) 839-1100
Facsimile:  (702) 839-1113
**Attorneys for State Farm Mutual Automobile Insurance Company**

2